LA CLÍNICA DE LA RAZA, INC.,
Plaintiff–Appellant,

v.

STATE OF CALIFORNIA DEPART-
MENT OF HEALTH and Human Ser-
vices; David Maxwell–Jolly, Director
of California Department of Health
Care Services, Health and Human Ser-
vices Agency, State of California; The
State of California, Defendants–Ap-
pellees.

No. 14-16775

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted October 19,
2016 San Francisco, California

Filed October 31, 2016

James Leo Feldesman, Esquire, Attor-
ney, Feldesman Tucker Leifer Fidell LLP,
Washington, DC, Marisa B. Guevara,
Feldesman Tucker Leifer Fidell & Bank,
Washington, DC, Robert F. Kane, Law
Offices of Robert F. Kane, San Francisco,
CA, for Plaintiff–Appellant

Sarah Elizabeth Kurtz, Esquire, Califor-
nia Department of Justice, San Francisco,
CA, Joshua Sondheimer, AGCA–Office of
the California Attorney General, San
Francisco, CA, for Defendants–Appellees

Before: KLEINFELD and M. SMITH,
Circuit Judges, and KRONSTADT,*
District Judge.

* The Honorable John A. Kronstadt, United
States District Judge for the Central District
of California, sitting by designation.

MEMORANDUM **

La Clínica appeals the district court's
decision that its claim for future injunctive
and declaratory relief does not present a
case or controversy. We have jurisdiction
pursuant to 28 U.S.C. § 1291. We affirm
because La Clínica lacks standing to chal-
lenge the legality of Option 2.

Article III standing requires that a
plaintiff has (1) suffered an injury in fact;
(2) that is traceable to the challenged ac-
tion; and (3) likely to be redressed by a
favorable court determination. Snake Riv-
er Farmers' Ass'n, Inc. v. Dep't of Labor,
9 F.3d 792, 795 (9th Cir. 1993) (citing
Lujan v. Defs. of Wildlife, 504 U.S. 555,
560–61, 112 S.Ct. 2130, 119 L.Ed.2d 351
(1992)). La Clínica has not suffered an
injury in fact that is traceable to Califor-
nia's Medicaid billing methods because as
the district court correctly observed, if La
Clínica believes that Option 2 is illegal, it
can proceed under Option 1. La Clínica has
not provided any reason why it cannot
proceed under Option 1 or evidence of
disadvantage. Also, a favorable court de-
termination would not redress La Clínica's
claimed injury because, if Option 2 was
unavailable on the ground that it violated
federal law, La Clínica would have to uti-
lize Option 1, an option freely available to
it now.

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36–3.